IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

OMINICKA L. HILL                          )
                                          )
                    Plaintiff,            )
                                          )
                                          )        CASE NO. 5:16 CV 02957
            v.                            )
                                          )        JUDGE SARA LIOI
                                          )
UNIVERSAL FIDELITY L.P, et al.,           )        MAGISTRATE JUDGE
                                          )        KATHLEEN B. BURKE
                                          )
SCOTT HEARN                               )        MOTION FOR ENLARGEMENT
                                          )        OF TIME
                                          )
TERRY W. SIMONDS                          )
                                          )
                    Defendants.           )

The Plaintiff Ominicka Hill, moves the court for an enlargement of time.
September 5th 2017 Plaintiff's counsel attorney Brian Flick withdrew as Plaintiff's
counsel.  Plaintiff requests the court provide Plaintiff 90 days to retain competent legal
representation.

        Wherefore, the Plaintiff prays that this MOTION FOR ENLARGEMENT OF
TIME be granted.

                                          Respectfully submitted,

                                          *Ominicka Hill*
                                          **Ominicka Hill**
                                          1251 Dean Court #301
                                          Kent, Ohio 44240
                                          (216)314.5274
                                          ***Pro Se Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR ENLARGEMENT OF TIME was emailed to the Defendants, Universal Fidelity, Terry W. Simonds, Scott Hearn/Counsel this 7 th day of the September, 2017.


**Ominicka Hill**
*Pro Se Plaintiff*